IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-15-28-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DEAN MADPLUME, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Revised Findings and Recommendations in this matter on June 1, 2017. (Doc. 53.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 25, 2017. (Doc. 53 at 3.) Madplume admitted that he violated the conditions of his supervised release.

1

The violations prove serious and warrant revocation of Madplume's supervised release. Judge Johnston has recommended that the Court revoke Madplume's supervised release and commit Madplume to the custody of the Bureau of Prisons for seven months. *Id.* Judge Johnston further has recommended that 26 months of supervised release follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Madplume's violations of his conditions represent a serious breach of the Court's trust. A sentence custody of seven months, followed by 26 months supervised release, represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 53) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Dean Madplume be sentenced to custody for seven months, followed by 26 months of supervised release.

DATED this 15th day of June, 2017.

Brian Morris
United States District Court Judge