# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEAN MADPLUME, <br><br> Defendant. | CR-15-28-GF-BMM <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston conducted a revocation hearing in this matter on December 11, 2018. (Doc. 72.) The United States accused Defendant Dean Madplume of violating his conditions of supervised release by 1) failing to complete an inpatient drug treatment program; and 2) using a drug that was not prescribed to him. (Doc. 75 at 2.) Madplume admitted to both violations of his supervised release. (Doc. 75 at 2.) The violations prove serious and warrant revocation of Madplume's supervised release.

Judge Johnston entered Findings and Recommendations on December 12, 2018. (Doc. 75.) Judge Johnston recommended that the Court revoke Madplume's supervised release. (Doc. 75 at 3.) Judge Johnston recommended that the Court commit Madplume to the custody of the Bureau of Prisons for six months, with no

1

period of supervised release to follow. (Doc. 75 at 3.) Judge Johnston further recommended that Madplume be placed at the Bureau of Prisons' SeaTac Facility in Washington. (Doc. 75 at 3.)

Neither party filed objections. The Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no clear error in Judge Johnston's Findings and Recommendations. Madplume's violations represent a serious breach of the Court's trust. A custodial sentence of six months without a period of supervision to follow is a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 75) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Dean Madplume is sentenced to six months in custody with no period of supervised release to follow. The Court recommends that Defendant Dean Madplume be placed at the Bureau of Prisons' SeaTac facility in Seattle, Washington.

DATED this 28th day of December, 2018.

_____
Brian Morris
United States District Court Judge